United States District Court
District of Connecticut
FILED AT NEW HAVEN
Jan 11, 2012
Roberta D. Tabora, Clerk
Kenneth R. Ghilardi
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:12cr10(MRK) |
| v. | VIOLATION: |
| MICHAEL MARTIN | 18 U.S.C. Section 1709 (Theft of Mail by an Employee of the United States Postal Service) |

### INFORMATION

The United States Attorney charges:

#### COUNT ONE

(Theft of Mail by an Employee of the United States Postal Service)

Between August 16 and November 20, 2008, in the District of Connecticut, the defendant MICHAEL MARTIN, acting in his capacity as a United States Postal Service employee, did knowingly and willfully embezzle mail, namely, United States Postal Service customers' envelopes containing United States Postal Service Money Orders, which he possessed as a result of his employment and which were intended to be conveyed by the United States mail.

In violation of Title 18, United States Code, Section 1709.

UNITED STATES OF AMERICA

DAVID B. FEIN
UNITED STATES ATTORNEY

FELICE M. DUFFY
ASSISTANT UNITED STATES ATTORNEY